B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Artech Diversified, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>36-3647675 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>3535 Patton Road, Unit 2A<br>Highland Park, IL<br>ZIP Code 60035 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Lake | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** Michael L. Ralph 2279304 ***
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11) — Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Artech Diversified, Inc. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Artech Diversified, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Michael L. Ralph
_____
Signature of Attorney for Debtor(s)

 Michael L. Ralph 2279304
_____
Printed Name of Attorney for Debtor(s)

 Ralph, Schwab & Schiever, Chartered
_____
Firm Name

 175 East Hawthorn Parkway
 Suite 345
 Vernon Hills, IL 60061
_____
Address

 847-367-9699  Fax: 847-367-9621
_____
Telephone Number

 August 29, 2012
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Mark Shabadash
_____
Signature of Authorized Individual

 Mark Shabadash
_____
Printed Name of Authorized Individual

 President
_____
Title of Authorized Individual

 August 29, 2012
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Artech Diversified, Inc.    ,

Debtor

Case No. _____

Chapter _____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 165,578.56 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 999,748.80 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 6 | | 19,504.80 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 701,333.20 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 165,578.56 | | |
| Total Liabilities | | | | 1,720,586.80 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Artech Diversified, Inc.                         ,     Case No. _____

                         Debtor

Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    Artech Diversified, Inc.                                    ,    Case No. _____
                                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re ____Artech Diversified, Inc._____,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account - Account number ending 9331<br>Fifth Third Bank<br>799 Central<br>Highland Park, IL 60035 | - | 500.00 |
| | | Checking Account - Account number ending 9310<br>Bank of America<br>1921 St. Johns Ave.<br>Highland Park, IL 60035 | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                     Sub-Total >        500.00
                                                  (Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                           Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Artech Diversified, Inc.                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable as of December, 2011 | - | 165,078.56 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        165,078.56
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Artech Diversified, Inc.                                    ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer List | - | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Desk<br>Chair<br>Calculator<br>Fax machine<br>Typewriter<br>File cabinet | - | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery and Equipment located at 2000 Arthur Ave., Elk Grove Village, IL 60007:<br>1956 Sterling Plow Molding Machine<br>1978 Uniloy Blow Molding Machine<br>1987 Impco B37 Plow Molding Machine<br>1986 Impco B30 Plow Molding Machine<br>1986 Impco B24 Plow Molding Machine<br>1978 Rochelease SPB-2 Blow Molding Machine<br>1980 Rochelease SPB-2 Blow Molding Machine<br>1983 Rochelease SPB-2 Blow Molding Machine<br>1986 Rochelease SPB-2 Blow Molding Machine<br>1988 Rochelease SPB-2 Blow Molding Machine | - | Unknown |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Artech Diversified, Inc.                                          ,        Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 165,578.56 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  Artech Diversified, Inc. _____ ,   Case No. _____
                           Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xx-xxxxxx8459 Bank of America P.O. Box 45144 FL9-100-04-24 Bldg. 100, 4th Floor Jacksonville, FL 32232-9923 | - | | Secured Loan Lawsuit Case No. 12 L 4034 | X | X | X | | |
| | | | Value $                 0.00 | | | | 378,795.97 | 0.00 |
| Account No. Lowis & Gellen LLP 200 W. Adams, Suite 1900 Chicago, IL 60606 | | | Representing: Bank of America | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. Illinois Department of Revenue (p) Bankrupcty Section/Level 7-425 100 West Randolph St. Chicago, IL 60606 | - | | Secured to the extent of the value of any property securing same | X | X | X | | |
| | | | Value $                 0.00 | | | | Unknown | Unknown |
| Account No. xxxxx6009 Internal Revenue Service (p) P.O. Box 7346 Philadelphia, PA 19101-7346 | - | | 11/3/09 Federal Tax Lien Secured to the extent of the value of any property securing same | | | | | |
| | | | Value $                 0.00 | | | | 24,511.30 | 24,511.30 |
| _2_ continuation sheets attached | | | Subtotal (Total of this page) | | | | 403,307.27 | 24,511.30 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    Artech Diversified, Inc.                                                          ,    Case No. _____

                                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxx7309 | | | 11/6/09 | | | | | |
| Internal Revenue Service (p) P.O. Box 7346 Philadelphia, PA 19101-7346 | | | Federal Tax Lien Secured to the extent of the value of any property securing same | | | | | |
| | | | Value $           0.00 | | | | 423,878.14 | 423,878.14 |
| Account No. xxxxx0511 | | | 11/14/2011 | | | | | |
| Internal Revenue Service (p) P.O. Box 7346 Philadelphia, PA 19101-7346 | | | Federal Tax Lien Secured to the extent of the value of any property securing same | | | | | |
| | | | Value $           0.00 | | | | 2,596.81 | 2,596.81 |
| Account No. xxxxx8912 | | | Federal Tax Lien Secured to the extent of the value of any property securing same | | | | | |
| Internal Revenue Service (p) P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | | | | |
| | | | Value $           0.00 | | | | 3,094.11 | 3,094.11 |
| Account No. xxxxx6311 | | | 2/28/11 | | | | | |
| Internal Revenue Service (p) P.O. Box 7346 Philadelphia, PA 19101-7346 | | | Federal Tax Lien Secured to the extent of the value of any property securing same | | | | | |
| | | | Value $           0.00 | | | | 166,872.47 | 166,872.47 |
| Account No. | | | Lawsuit Case No. 12 L 50153 Judgment entered 12/5/11 Secured to the extent of any property securing same | | | | | |
| John M. Daley & Assoc., LLC 2340 River Road, Suite 310 Des Plaines, IL 60018 | | | | | | | | |
| | | | Value $           0.00 | | | | Unknown | Unknown |

Sheet  1   of  2   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 596,441.53 | 596,441.53 |

B6D (Official Form 6D) (12/07) - Cont.

In re    Artech Diversified, Inc.                                                     ,    Case No. _____
                                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>Ronald A. Stearney<br>211 W. Wacker, Suite 500<br>Chicago, IL 60606 | | | | Representing:<br>John M. Daley & Assoc., LLC<br><br>Value $ | | | | Notice Only | |
| Account No.<br><br><br><br> | | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | <br><br>Value $ | | | | | |

Sheet  2   of  2   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 999,748.80 | 620,952.83 |

B6E (Official Form 6E) (4/10)

In re   Artech Diversified, Inc.                                                                ,   Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                        5       continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   Artech Diversified, Inc. _____ ,      Case No. _____
                                    **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Adriana Cervantes<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602 | | - | Unpaid wages due pursuant to Settlement Agreement as approved on December 9, 2012 in lawsuit captioned Huver Alvarez, et al. v. Staffing Partners, Inc., et al., Case No. 10 C 6083 | | | | <br><br>419.44 | 419.44<br><br>0.00 |
| Account No.<br><br>Angel Becerril<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602 | | - | Unpaid wages due pursuant to Settlement Agreement as approved on December 9, 2012 in lawsuit captioned Huver Alvarez, et al. v. Staffing Partners, Inc., et al., Case No. 10 C 6083 | | | | <br><br>739.98 | 739.98<br><br>0.00 |
| Account No.<br><br>Juana Cuellar<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602 | | - | Unpaid wages due pursuant to Settlement Agreement as approved on December 9, 2012 in lawsuit captioned Huver Alvarez, et al. v. Staffing Partners, Inc., et al., Case No. 10 C 6083 | | | | <br><br>851.05 | 851.05<br><br>0.00 |
| Account No.<br><br>Michelle Romos<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602 | | - | Unpaid wages due pursuant to Settlement Agreement as approved on December 9, 2012 in lawsuit captioned Huver Alvarez, et al. v. Staffing Partners, Inc., et al., Case No. 10 C 6083 | | | | <br><br>778.85 | 778.85<br><br>0.00 |
| Account No.<br><br>Miguel Silva aka Jesus Rodriguez<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602 | | - | Unpaid wages due pursuant to Settlement Agreement as approved on December 9, 2012 in lawsuit captioned Huver Alvarez, et al. v. Staffing Partners, Inc., et al., Case No. 10 C 6083 | | | | <br><br>733.16 | 733.16<br><br>0.00 |

Sheet _1_ of _5_ continuation sheets attached to

Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 3,522.48

(Total of this page)    3,522.48 | 0.00

B6E (Official Form 6E) (4/10) - Cont.

In re   Artech Diversified, Inc.                                    ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Unpaid wages due pursuant to Settlement Agreement as approved on December 9, 2012 in lawsuit captioned Huver Alvarez, et al. v. Staffing Partners, Inc., et al., Case No. 10 C 6083 | | | | | 562.34 |
| Pablo Cruz Silva c/o Christopher J. Williams 77 W. Washington, Suite 1400 Chicago, IL 60602 | - | | | | | | | 562.34 | 0.00 |
| Account No. | | | | Unpaid wages due pursuant to Settlement Agreement as approved on December 9, 2012 in lawsuit captioned Huver Alvarez, et al. v. Staffing Partners, Inc., et al., Case No. 10 C 6083 | | | | | 681.83 |
| Raul Delgado c/o Christopher J. Williams 77 W. Washington, Suite 1400 Chicago, IL 60602 | - | | | | | | | 681.83 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet 2 of 5 continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    1,244.17          1,244.17    0.00

B6E (Official Form 6E) (4/10) - Cont.

In re    Artech Diversified, Inc.                                    ,        Case No. _____
_____
                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units
_____

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
|  |  | H W J C |  |  |  |  |  |  | AMOUNT ENTITLED TO PRIORITY |
| Account No. |  |  |  | Priority to the extent applicable law accords priority treatment to this claim |  |  |  |  |  |
| Illinois Department of Revenue (p) Bankrupcty Section/Level 7-425 100 West Randolph St. Chicago, IL 60606 | - |  |  |  | X | X | X |  | Unknown |
|  |  |  |  |  |  |  |  | Unknown | Unknown |
| Account No. |  |  |  | Notice only |  |  |  |  |  |
| Illinois Dept. of Empl. Sec. (p) Bankruptcy Unit 3rd Fl., 401 S. State St. Chicago, IL 60605 | - |  |  |  | X | X | X |  | Unknown |
|  |  |  |  |  |  |  |  | Unknown | Unknown |
| Account No. |  |  |  | 2011  FUTA taxes Priority to the extent applicable law accords priority treatment to this claim |  |  |  |  |  |
| Internal Revenue Service (p) P.O. Box 7346 Philadelphia, PA 19101-7346 | - |  |  |  | X | X | X |  | 0.00 |
|  |  |  |  |  |  |  |  | 534.92 | 534.92 |
| Account No. |  |  |  | 2011  January, February and March 2011 Employment Tax Priority to the extent applicable law accords priority treatment to this claim |  |  |  |  |  |
| Internal Revenue Service (p) P.O. Box 7346 Philadelphia, PA 19101-7346 | - |  |  |  | X | X | X |  | Unknown |
|  |  |  |  |  |  |  |  | Unknown | Unknown |
| Account No. |  |  |  | 2011  April, May and June 2011 Employment Tax Priority to the extent applicable law accords priority treatment to this claim |  |  |  |  |  |
| Internal Revenue Service (p) P.O. Box 7346 Philadelphia, PA 19101-7346 | - |  |  |  | X | X | X |  | Unknown |
|  |  |  |  |  |  |  |  | Unknown | Unknown |

Sheet __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                 | 0.00 |
(Total of this page)  | 534.92 | 534.92 |

B6E (Official Form 6E) (4/10) - Cont.

In re     Artech Diversified, Inc.                                                          , Case No. _____
                                             Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | |
| Account No. | | 2011 | | | | | | | | |
| Internal Revenue Service (p) P.O. Box 7346 Philadelphia, PA 19101-7346 | - | July, August and September 2011 Employment Tax Priority to the extent applicable law accords priority treatment to this claim | | | X | X | X | | Unknown | |
| | | | | | | | | Unknown | | Unknown |
| Account No. | | 2011 | | | | | | | | |
| Internal Revenue Service (p) P.O. Box 7346 Philadelphia, PA 19101-7346 | - | October, November and December 2011 Employment Tax Priority to the extent applicable law accords priority treatment to this claim | | | X | X | X | | 0.00 | |
| | | | | | | | | 14,203.23 | | 14,203.23 |
| Account No. xxxxx6009 | | 11/3/09 | | | | | | | | |
| Internal Revenue Service (p) P.O. Box 7346 Philadelphia, PA 19101-7346 | - | Federal Tax Lien Priority to the extent applicable law accords priority treatment to this claim | | | | | | | Unknown | |
| | | | | | | | | Unknown | | Unknown |
| Account No. xxxxx7309 | | 11/6/09 | | | | | | | | |
| Internal Revenue Service (p) P.O. Box 7346 Philadelphia, PA 19101-7346 | - | Federal Tax Lien Priority to the extent applicable law accords priority treatment to this claim | | | | | | | Unknown | |
| | | | | | | | | Unknown | | Unknown |
| Account No. xxxxx0511 | | 11/14/2011 | | | | | | | | |
| Internal Revenue Service (p) P.O. Box 7346 Philadelphia, PA 19101-7346 | - | Federal Tax Lien Priority to the extent applicable law accords priority treatment to this claim | | | | | | | Unknown | |
| | | | | | | | | Unknown | | Unknown |

Sheet __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 14,203.23 | 14,203.23 |

B6E (Official Form 6E) (4/10) - Cont.

In re    Artech Diversified, Inc.                                          ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxx8912<br><br>Internal Revenue Service (p)<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | - | | Federal Tax Lien<br>Priority to the extent applicable law accords priority treatment to this claim | | | | Unknown | Unknown<br><br>Unknown |
| Account No. xxxxx6311<br><br>Internal Revenue Service (p)<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | - | | 2/28/11<br><br>Federal Tax Lien<br>Priority to the extent applicable law accords priority treatment to this claim | | | | Unknown | Unknown<br><br>Unknown |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  5   of  5   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 / 0.00 |
| Total (Report on Summary of Schedules) | 19,504.80 | 4,766.65 / 14,738.15 |

B6F (Official Form 6F) (12/07)

In re    Artech Diversified, Inc.                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Adriana Cervantes<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602 | | - | | | Non-wage claims due pursuant to Settlement Agreement as approved on December 9, 2012 in lawsuit captioned Huver Alvarez, et al. v. Staffing Partners, Inc., et al., Case No. 10 C 6083 | | | | 1,069.44 |
| Account No.<br><br>Allen Sander<br>4021 Sterling Ave.<br>Kansas City, MO 64133 | | - | | | Accounting services | | | | 3,000.00 |
| Account No.<br><br>Angel Becerril<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602 | | - | | | Non-wage claims due pursuant to Settlement Agreement as approved on December 9, 2012 in lawsuit captioned Huver Alvarez, et al. v. Staffing Partners, Inc., et al., Case No. 10 C 6083 | | | | 1,389.98 |
| Account No.<br><br>Bank of America<br>c/o Lowis & Gellen LLP<br>200 W. Adams St., Suite 1900<br>Chicago, IL 60606 | X | - | | | Lawsuit<br>12 L 4034 | X | X | X | 375,336.22 |

|  |  |
|---|---|
| __6__ continuation sheets attached | Subtotal<br>(Total of this page)    380,795.64 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                          S/N:31036-120712   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Artech Diversified, Inc. _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx5-101 | | | | | | | |
| Berkley Net c/o Lamont, Hanley & Assoc., Inc. P.O. Box 179 Manchester, NH 03105-0179 | - | | | X | X | X | 2,565.00 |
| Account No. xxxxxx4413 | | | | | | | |
| Burhop Box & Packaging c/o Silver & Associates, Ltd. 4159 W. Fullerton Ave., Suite 100 Chicago, IL 60639 | - | | | X | X | X | 5,847.90 |
| Account No. xxxxxx0087 | | | Utilities | | | | |
| Com Ed P.O. Box 6111 Carol Stream, IL 60197-6111 | - | | | X | X | X | 3,721.03 |
| Account No. | | | Non-wage claims due pursuant to Settlement Agreement as approved on December 9, 2012 in lawsuit captioned Huver Alvarez, et al. v. Staffing Partners, Inc., et al., Case No. 10 C 6083 | | | | |
| Enriqueta Oropeza c/o Christopher J. Williams 77 W. Washington, Suite 1400 Chicago, IL 60602 | - | | | | | | 650.00 |
| Account No. x1523 | | | Staffing services | | | | |
| Great Lakes Staffing, Inc. 600 S. Weber Rd. Romeoville, IL 60490 | - | | | X | X | X | 127,870.40 |

Sheet no. __1__ of __6__ sheets attached to Schedule of       Subtotal       140,654.33
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Artech Diversified, Inc. _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Caren A. Lederer, Esq.<br>Golan & Christie LLP<br>70 West Madison, Suite 1500<br>Chicago, IL 60602 | | | Representing:<br>Great Lakes Staffing, Inc. | | | | Notice Only |
| Account No.<br><br>Huver Alvarez<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602 | - | | Non-wage claims due pursuant to Settlement Agreement as approved on December 9, 2012 in lawsuit captioned Huver Alvarez, et al. v. Staffing Partners, Inc., et al., Case No. 10 C 6083 | | | | 650.00 |
| Account No.<br><br>Illinois Department of Revenue (p)<br>Bankrupcty Section/Level 7-425<br>100 West Randolph St.<br>Chicago, IL 60606 | - | | Unsecured to the extent such claim is neither secured nor priority pursuant to applicable law | X | X | X | Unknown |
| Account No. xxxxx6009<br><br>Internal Revenue Service (p)<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | - | | 11/3/09<br>Federal Tax Lien<br>Unsecured to the extent such claim is neither secured nor priority pursuant to applicable law | | | | Unknown |
| Account No. xxxxx7309<br><br>Internal Revenue Service (p)<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | - | | 11/6/09<br>Federal Tax Lien<br>Unsecured to the extent such claim is neither secured nor priority pursuant  to applicable law | | | | Unknown |

Sheet no. __2___ of __6___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

650.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Artech Diversified, Inc. _____,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx0511<br><br>Internal Revenue Service (p)<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | - | 11/14/2011<br>Federal Tax Lien<br>Unsecured to the extent such claim is neither secured nor priority pursuant to applicable law | | | | Unknown |
| Account No. xxxxx8912<br><br>Internal Revenue Service (p)<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | - | Federal Tax Lien<br>Unsecured to the extent such claim is neither secured nor priority pursuant to applicable law | | | | Unknown |
| Account No. xxxxx6311<br><br>Internal Revenue Service (p)<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | - | 2/28/11<br>Federal Tax Lien<br>Unsecured to the extent such claim is neither secured nor priority pursuant to applicable law | | | | Unknown |
| Account No.<br><br>John M. Daley & Assoc., LLC<br>2340 River Road, Suite 310<br>Des Plaines, IL 60018 | | - | Lawsuit<br>12 L 50153<br>Judgment entered on 12/5/11 | | | | 98,139.50 |
| Account No.<br><br>Ronald A. Stearney, Jr.<br>211 W. Wacker, Suite 500<br>Chicago, IL 60606 | | | Representing:<br>John M. Daley & Assoc., LLC | | | | Notice Only |

Sheet no.  3  of  6  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        98,139.50

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Artech Diversified, Inc. _____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Non-wage claims due pursuant to Settlement Agreement as approved on December 9, 2012 in lawsuit captioned Huver Alvarez, et al. v. Staffing Partners, Inc., et al., Case No. 10 C 6083 | | | | |
| Juana Cuellar c/o Christopher J. Williams 77 W. Washington, Suite 1400 Chicago, IL 60602 | - | | | | | | | 1,501.05 |
| Account No. | | | | | | | | |
| Just Energy c/o Credit Management Control P.O. Box 1654 Green Bay, WI 54305-1654 | - | | | | X | X | X | 9,590.43 |
| Account No. | | | | Non-wage claims due pursuant to Settlement Agreement as approved on December 9, 2012 in lawsuit captioned Huver Alvarez, et al. v. Staffing Partners, Inc., et al., Case No. 10 C 6083 | | | | |
| Luis Garcia c/o Christopher J. Williams 77 W. Washington, Suite 1400 Chicago, IL 60602 | - | | | | | | | 650.00 |
| Account No. | | | | Non-wage claims due pursuant to Settlement Agreement as approved on December 9, 2012 in lawsuit captioned Huver Alvarez, et al. v. Staffing Partners, Inc., et al., Case No. 10 C 6083 | | | | |
| Michelle Romos c/o Christopher J. Williams 77 W. Washington, Suite 1400 Chicago, IL 60602 | - | | | | | | | 1,428.85 |
| Account No. | | | | Non-wage claims due pursuant to Settlement Agreement as approved on December 9, 2012 in lawsuit captioned Huver Alvarez, et al. v. Staffing Partners, Inc., et al., Case No. 10 C 6083 | | | | |
| Miguel Silva aka Jesus Rodriguez c/o Christopher J. Williams 77 W. Washington, Suite 1400 Chicago, IL 60602 | - | | | | | | | 1,383.16 |

Sheet no. __4___ of __6___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,553.49

B6F (Official Form 6F) (12/07) - Cont.

In re    Artech Diversified, Inc. _____,     Case No. _____

    _____
              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Non-wage claims due pursuant to Settlement Agreement as approved on December 9, 2012 in lawsuit captioned Huver Alvarez, et al. v. Staffing Partners, Inc., et al., Case No. 10 C 6083 | | | | |
| Norma Baizabal c/o Christopher J. Williams 77 W. Washington, Suite 1400 Chicago, IL 60602 | - | | | | | | | 650.00 |
| Account No. | | | | | | | | |
| Omni Financial 380 Interlocken Crescent Suite 800 Broomfield, CO 80021 | - | | | | X | X | X | Unknown |
| Account No. | | | | Non-wage claims due pursuant to Settlement Agreement as approved on December 9, 2012 in lawsuit captioned Huver Alvarez, et al. v. Staffing Partners, Inc., et al., Case No. 10 C 6083 | | | | |
| Pablo Cruz Silva c/o Christopher J. Williams 77 W. Washington, Suite 1400 Chicago, IL 60602 | - | | | | | | | 1,212.33 |
| Account No. | | | | | | | | |
| Peacock Colors, Inc. Attn: Gregory Cherry 1000 National Ave. Addison, IL 60101 | - | | | | X | X | X | Unknown |
| Account No. | | | | Judgment Creditor pursuant to Judgment entered 3/30/12 on Citation to Discover Assets to a Third Party | | | | |
| Progress Container Corp. c/o Stein & Rotman 105 W. Madison St., Suite 600 Chicago, IL 60602 | - | | | | | | | 52,108.04 |

Sheet no. _5_ of _6_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,970.37

B6F (Official Form 6F) (12/07) - Cont.

In re   Artech Diversified, Inc. _____,   Case No. _____

_____ Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Raul Delgado<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602 | - | | Non-wage claims due pursuant to Settlement Agreement as approved on December 9, 2012 in lawsuit captioned Huver Alvarez, et al. v. Staffing Partners, Inc., et al., Case No. 10 C 6083 | | | | 1,331.83 |
| Account No.<br><br>Rosendo Antonio<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602 | - | | Non-wage claims due pursuant to Settlement Agreement as approved on December 9, 2012 in lawsuit captioned Huver Alvarez, et al. v. Staffing Partners, Inc., et al., Case No. 10 C 6083 | | | | 650.00 |
| Account No.<br><br>Skyline Sales, Inc.<br>150 Houston St.<br>Batavia, IL 60510 | - | | | X | X | X | Unknown |
| Account No. xx xxxx4348<br><br>The Hartford<br>8711 University East Dr.<br>Charlotte, NC 28213 | - | | | X | X | X | 1,921.40 |
| Account No.<br><br>Workers' Law Office, PC<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602 | - | | Attorney's fees and costs due pursuant to Settlement Agreement as approved on December 9, 2012 in lawsuit captioned Huver Alvarez, et al. v. Staffing Partners, Inc., et al., Case No. 10 C 6083 | | | | 8,666.64 |

Sheet no. _6__ of _6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 12,569.87 |
| Total (Report on Summary of Schedules) | 701,333.20 |

B6G (Official Form 6G) (12/07)

In re     Artech Diversified, Inc.                                    ,     Case No. _____
                                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re      Artech Diversified, Inc. _____,      Case No. _____

_____Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Mark Shabadash<br>3535 Patton Road, Unit 2A<br>Highland Park, IL 60035 | Bank of America<br>c/o Lowis & Gellen LLP<br>200 W. Adams St., Suite 1900<br>Chicago, IL 60606 |

0

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Artech Diversified, Inc.                                                    Case No.
                                         Debtor(s)                 Chapter    7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___25___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  August 29, 2012                        Signature    /s/ Mark Shabadash
                                                           Mark Shabadash
                                                           President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Artech Diversified, Inc.                    Case No. _____

                                  Debtor(s)           Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-201,743.00 | 2010 ordinary business income (loss) (tax return) |
| $-87,735.00 | 2011 ordinary business income (loss) (tax return) |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                  SOURCE

2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Bank of America, N.A. v. Artech Diversified, Inc., et al. Case No. 12 L 4034 | Breach of Contract Foreclosure of Security Interests | Circuit Court of Cook County, IL, County Department, Law Division | Pending |
| Progress Container Corp., d/b/a Progress Container & Display v. Nu-Dell Manufacturing Company, Inc. v. Artech Diversified, Inc. Case No. 11 M1 122144 | Third Party Citation to Discover Assets | Circuit Court of Cook County, IL, Municipal Department, 1st District | Judgment entered 3/30/12 |
| John M. Daley & Assoc., LLC v. Artech Diversified, Inc. Case No. 12 L 50153 | Citation to Discover Assets on Judgment entered 12/5/11 in Circuit Court of Lake County, IL | Circuit Court of Cook County, IL, County Department, Law Division | Judgment entered 12/5/11 |
| Huver Alvarez, et al. v. Staffing Partners, Inc., et al. Case No. 10 C 6083 | Wage Claim | United States District Court for the Northern District of Illinois, Eastern Division | Dismissed pursuant to Settlement Agreement |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Ralph, Schwab & Schiever, Chtd. 175 E. Hawthorn Parkway Suite 345 Vernon Hills, IL 60061 | 7/18/12 - Payor: B&M Plastics, Inc. PNC Bank Cashier's Check | $130.00 |
| | 7/18/12 - Payor: B&M Plastics, Inc. | $238.00 |
| | 8/1/12 - Payor: Miroslaw Grabowski PNC Bank Cashier's Check | $475.50 |
| | | Corporate Maintenance |
| Ralph, Schwab & Schiever, Chtd. 175 E. Hawthorn Parkway Suite 345 Vernon Hills, IL 60061 | 4/4/12 - Payor: B&M Plastic, Inc. PNC Bank Cashier's Check | $2,500.00 |
| | 4/24/12 - Payor: B&M Plastic, Inc. PNC Bank Cashier's Check | $1,670.50 |
| | 5/4/12 - Payor: B&M Plastic, Inc. PNC Bank Cashier's Check | $2,500.00 |
| | 6/8/12 - Payor: Tamara and Mark Shabadash | $2,706.00 |
| | 6/26/12 - Payor: B&M Plastics, Inc. PNC Bank Cashier's Check | $1,342.00 |
| | 7/9/12 - Payor: B&M Plastics, Inc. PNC Bank Cashier's Check | $5,300.00 |
| | 8/1/12 - Payor: Miroslaw Grabowski PNC Bank Cashier's Check | $1,167.00 |
| | | Workout of financial affairs |
| Ralph, Schwab & Schiever, Chtd. 175 E. Hawthorn Parkway Suite 345 Vernon Hills, IL 60061 | 7/31/12 - Payor: B&M Plastic, Inc. PNC Bank Cashier's Check | $3,806.00 |
| | 8/1/12 - Payor: Miroslaw Grabowski PNC Bank Cashier's Check | $1,879.50 |
| | 8/1/12 - Payor: Miroslaw Grabowski PNC Bank Cashier's Check | $2,138.00 |
| | 8/24/12 - Payor: B&M Plastic, Inc. PNC Bank Cashier's Check | $3,500.00 |
| | | Chapter 7 bankruptcy and filing fees |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Adriana Cervantes c/o Christopher J. Williams 77 W. Washington, Suite 1400 Chicago, IL 60602 Employee | December, 2011 through June, 2012 | $575.89 (non-wage payments per Settlement Agreement) $225.90 (wage payments per Settlement Agreement) |
| Angel Becerril c/o Christopher J. Williams 77 W. Washington, Suite 1400 Chicago, IL 60602 Employee | December, 2011 through June, 2012 | $748.44 (non-wage payments per Settlement Agreement) $398.44 (wage payments per Settlement Agreement) |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Enriqueta Oropeza<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602<br>  Employee | December, 2011 through June, 2012 | $350.00 (non-wage payments per Settlement Agreement) |
| Huver Alvarez<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602<br>  Employee | December, 2011 through June, 2012 | $350.00 (non-wage payments per Settlement Agreement) |
| Juana Cuellar<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602<br>  Employee | December, 2011 through June, 2012 | $808.29 (non-wage payments per Settlement Agreement)<br>$458.29 (wage payments per Settlement Agreement) |
| Luis Garcia<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602<br>  Employee | December, 2011 through June, 2012 | $350.00 (non-wage payments per Settlement Agreement) |
| Michelle Ramos<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602<br>  Employee | December, 2011 through June, 2012 | $769.37 (non-wage payments per Settlement Agreement)<br>$419.37 (wage payments per Settlement Agreement) |
| Miguel Silva aka Jesus Rodriguez<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602<br>  Employee | December, 2011 through June, 2012 | $744.80 (non-wage payments per Settlement Agreement)<br>$394.80 (wage payments per Settlement Agreement) |
| Norma Baizabal<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602<br>  Employee | December, 2011 through June, 2012 | $350.00 (non-wage payments per Settlement Agreement) |
| Pablo Cruz Silva<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602<br>  Employee | December, 2011 through June, 2012 | $652.75 (non-wage payments per Settlement Agreement)<br>$302.75 (wage payments per Settlement Agreement) |
| Raul Delgado<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602<br>  Employee | December, 2011 through June, 2012 | $717.15 (non-wage payments per Settlement Agreement)<br>$367.15 (wage payments per Settlement Agreement) |
| Rosendo Antonio<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602<br>  Employee | December, 2011 through June, 2012 | $350.00 (non-wage payments per Settlement Agreement) |
| Workers' Law Office, PC<br>c/o Christopher J. Williams<br>77 W. Washington, Suite 1400<br>Chicago, IL 60602 | December, 2011 through June, 2012 | $4,666.69 (attorneys fees and costs per Settlement Agreement) |

None ■  b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None ■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None ☐  If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 3821 Hawthorn Ct Waukegan, IL 60087 | Artech Diversified, Inc. | circa 2007 through mid-December 2011 |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

   "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

   "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| Allen Sander<br>4021 Sterling Ave.<br>Kansas City, MO 64133 | |
| Mark Shabadash<br>3535 Patton Rd., Unit 2A<br>Highland Park, IL 60035 | |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|
| Allen Sander | 4021 Sterling Ave.<br>Kansas City, MO 64133 |
| Mark Shabadash | 3535 Patton Rd., Unit 2A<br>Highland Park, IL 60035 |

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|
| Bank of America | Possibly issued within the last 2 years |
| Internal Revenue Service | Form 433-B issued June, 2012<br>Amended corporate tax returns have recently been filed and Amended 433-B will be prepared and sent to IRS as soon as completed |

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| Mark Shabadash<br>3535 Patton Rd., Unit 2A<br>Highland Park, IL 60035 | President | 100% |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| Mark Shabadash | Check # 1094 10/31/11 | $300.00 | $7,156.85 |
| 3535 Patton Road, Unit 2A | Check # 1095 | $989.13 | Payments made for the benefit of |
| Highland Park, IL 60035 | Check # 1096 | $100.00 | Mark Shabadash in lieu of salary |
|    Sole Shareholder, Director, Officer and | Check # 1097 | $1,750.00 | |
| Employee of Debtor | Check # 1098 | $79.00 | |
| | Check # 1099 | $500.00 | |
| | Check # 1100 11/21/11 | $706.63 | |
| | Check # 1101 | $205.65 | |
| | Check # 1102 | $1,222.50 | |
| | Check # 1103 11/21/11 | $712.50 | |
| | Check # 1104 | $200.00 | |
| | Check # 1105 | $36.80 | |
| | Check # 1106 11/21/11 | $315.20 | |
| | Check # 1107 | $39.44 | |
| Mark Shabadash | Check # 1108 | $300.00 | $11,254.61 |
| 3535 Patton Road, Unit 2A | Check # 1109 11/21/11 | $200.00 | Payments made for the benefit of |
| Highland Park, IL 60035 | Check # 1110 | $4,000.00 | Mark Shabadash in lieu of salary |
|    Sole Shareholder, Director, Officer and | Check # 1111 | $150.00 | |
| Employee of Debtor | Check # 1112 11/28/11 | $161.94 | |
| | Check # 1113 | $989.13 | |
| | Check # 1114 | $4,000.00 | |
| | Check # 1115 12/5/11 | $112.23 | |
| | Check # 1116 | $500.00 | |
| | Check # 1117 | $200.00 | |
| | Check # 1118 12/19/11 | $84.14 | |
| | Check # 1119 | $200.00 | |
| | Check # 1120 | $157.17 | |
| | Check # 1121 12/19/11 | $200.00 | |
| Mark Shabadash | Check # 1122 | $60.00 | $14,312.69 |
| 3535 Patton Road, Unit 2A | Check # 1123 | $1,529.17 | Payments made for the benefit of |
| Highland Park, IL 60035 | Check # 1124 12/23/11 | $1,100.00 | Mark Shabadash in lieu of salary |
|    Sole Shareholder, Director, Officer and | Check # 1125 | $799.20 | |
| Employee of Debtor | Check # 1126 | $205.65 | |
| | Check # 1127 12/30/11 | $481.35 | |
| | Check # 1128 | $364.00 | |
| | Check # 1129 | $38.00 | |
| | Check # 1130 12/30/11 | $74.80 | |
| | Check # 1131 | $1,026.00 | |
| | Check # 1132 | $4,000.00 | |
| | Check # 1133 1/3/12 | $2,000.00 | |
| | Check # 1134 | $200.00 | |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| Mark Shabadash<br>3535 Patton Road, Unit 2A<br>Highland Park, IL 60035<br>    Sole Shareholder, Director, Officer and<br>Employee of Debtor | Check # 1135<br>Check # 1136 1/3/12<br>Check # 1137<br>Check # 1138<br>Check # 1139 1/3/12<br>Check # 1140<br>Check # 1141<br>Check # 1142 1/10/12<br>Check # 1143<br>Check # 1144<br>Check # 1145 1/16/12<br>Check # 1146<br>Check # 1147<br>Check # 1148 1/18/12 | $161.94<br>$500.00<br>$989.13<br>$132.74<br>$30.00<br>$200.00<br>$184.70<br>$200.00<br>$880.00<br>$64.94<br>$84.59<br>$1,050.00<br>$590.00<br>$209.55 | $5,277.59<br>Payments made for the benefit of<br>Mark Shabadash in lieu of salary |
| Mark Shabadash<br>3535 Patton Road, Unit 2A<br>Highland Park, IL 60035<br>    Sole Shareholder, Director, Officer and<br>Employee of Debtor | Check # 1149<br>Check # 1150<br>Check # 1151 1/18/12<br>Check # 1152<br>Check # 1153<br>Check # 1154 2/1/12<br>Check # 1155<br>Check # 1156<br>Check # 1157<br>Check # 1158<br>Check # 1159<br>Check # 1160<br>Check # 1161 | $500.00<br>$38.00<br>$38.00<br>$610.00<br>$369.75<br>$799.20<br>$165.09<br>$100.00<br>$500.00<br>$989.13<br>$1,000.00<br>$170.79<br>$117.30 | $5,397.26<br>Payments made for the benefit of<br>Mark Shabadash in lieu of salary |
| Mark Shabadash<br>3535 Patton Road, Unit 2A<br>Highland Park, IL 60035<br>    Sole Shareholder, Director, Officer and<br>Employee of Debtor | Check # 1162<br>Check # 1163 2/2/12<br>Check # 1164<br>Check # 1165<br>Check # 1166 2/8/12<br>Check # 1167<br>Check # 1168<br>Check # 1169 2/13/12<br>Check # 1170<br>Check # 1171<br>Check # 1172 2/13/12<br>Check # 1173<br>Check # 1174 | $300.00<br>$4,000.00<br>$250.00<br>$250.00<br>$250.00<br>$15.00<br>$299.70<br>$252.36<br>$48.85<br>$528.00<br>$100.00<br>$200.00<br>$218.89 | $6,712.80<br>Payments made for the benefit of<br>Mark Shabadash in lieu of salary |
| Mark Shabadash<br>3535 Patton Road, Unit 2A<br>Highland Park, IL 60035<br>    Sole Shareholder, Director, Officer and<br>Employee of Debtor | Check # 1175 2/16/12<br>Check # 1176<br>Check # 1177<br>Check # 1178 2/23/12<br>Check # 1179<br>Check # 1180<br>Check # 1181 2/29/12<br>Check # 1182<br>Check # 1183<br>Check # 1184 3/1/12<br>Check # 1185<br>Check # 1186<br>Check # 1187 3/5/12<br>Check # 1188 | $500.00<br>$364.00<br>$38.00<br>$38.00<br>$799.20<br>$6,500.00<br>$200.00<br>$162.75<br>$989.13<br>$2,000.00<br>$1,500.00<br>$108.92<br>$500.00<br>$136.32 | $13,836.32<br>Payments made for the benefit of<br>Mark Shabadash in lieu of salary |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| Mark Shabadash | Check # 1189 | $500.00 | $2,863.20 |
| 3535 Patton Road, Unit 2A | Check # 1190 3/6/12 | $100.00 | Payments made for the benefit of |
| Highland Park, IL 60035 | Check # 1191 | $300.00 | Mark Shabadash in lieu of salary |
| Sole Shareholder, Director, Officer and | Check # 1192 | $200.00 | |
| Employee of Debtor | Check # 1193 3/15/12 | $45.86 | |
| | Check # 1194 | $200.00 | |
| | Check # 1195 | $74.34 | |
| | Check # 1196 3/15/12 | $213.65 | |
| | Check # 1197 | $310.00 | |
| | Check # 1198 | $150.00 | |
| | Check # 1199 | $250.00 | |
| | Check # 1200 | $481.35 | |
| | Check # 1201 | $38.00 | |
| | | | |
| Mark Shabadash | Check # 1202 3/28/12 | $38.00 | $7,616.54 |
| 3535 Patton Road, Unit 2A | Check # 1203 | $16.59 | Payments made for the benefit of |
| Highland Park, IL 60035 | Check # 1204 | $799.20 | Mark Shabadash in lieu of salary |
| Sole Shareholder, Director, Officer and | Check # 1205 | $6,500.00 | |
| Employee of Debtor | Check # 1206 | $162.75 | |
| | Check # 1207 | $100.00 | |

**24. Tax Consolidation Group.**

None
■     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■     If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                         TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    August 29, 2012           Signature    /s/ Mark Shabadash

                                                             Mark Shabadash
                                                             President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Northern District of Illinois

In re   Artech Diversified, Inc.                                                    Case No.

Debtor(s)                                     Chapter      7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 29,352.50 |
| Prior to the filing of this statement I have received | $ | 29,352.50 |
| Balance Due | $ | 0.00 |

2.   $  306.00   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☐ Debtor   ■ Other (specify):   See Statement of Financial Affairs #9

4.   The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
     Exemption advice.

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     Any other matters which may arise in the case, including for example, but not limited to, i) objections to exemptions, ii)
     any adversary proceedings, including without limitation, objections to discharge and/or complaints to determine
     dischargeability of debt, iii) United States Trustee's office compliance inquiries and enforcement proceedings, iv) Rule
     2004 Examinations, v) proceedings or actions to obtain documents or information from creditors or third parties by either
     voluntary request, compulsory process or non-judicial or judicial proceedings, vi) any matters requiring legal services in
     non-bankruptcy law practice areas, vii)  judicial or non-judicial proceedings in a venue and/or forum other than the United
     States Bankruptcy Court, viii) relief from stay actions, ix) preparation and filing of motions pursuant to 11 USC
     522(f)(2)(A) for avoidance of liens on household goods, x) tax or related accounting services, xi) estate planning, xii) civil
     or criminal litigation.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:   August 29, 2012                              /s/ Michael L. Ralph
                                                      Michael L. Ralph 2279304
                                                      Ralph, Schwab & Schiever, Chartered
                                                      175 East Hawthorn Parkway
                                                      Suite 345
                                                      Vernon Hills, IL 60061
                                                      847-367-9699  Fax: 847-367-9621

---

# Ralph, Schwab & Schiever, Chartered
## Attorneys at Law

Michael L. Ralph, Sr.
David J. Schwab
Carey J. Schiever
Michael L. Ralph, Jr.
Joel H. Norton
Sharanya Gururajan

**175 East Hawthorn Parkway**
**Suite 345**
**Vernon Hills, Illinois  60061**
**(847) 367-9699**
**Fax: (847) 367-9621**
E-mail: mralph@rss-chtd.com

Chicago Address:

(Please send mail to
to Vernon Hills)
39 S. LaSalle Street, Suite 605
Chicago, IL  60603
(312) 641-6696

July 13, 2012

**Via First Class U.S. Mail and**
**E-mail to markshabadash@comcast.net**

Artech Diversified, Inc.
c/o Mark Shabadash
3821 Hawthorn Court
Waukegan, IL 60087

Re:    Artech Diversified/BK
       Advance Payment Retainer
       Our File No.: 12-1156

Dear Mark:

    This letter will confirm your limited engagement of Ralph, Schwab & Schiever, Chartered (the "Firm") and the basis upon which the Firm will represent Artech Diversified, Inc. ("you" and/or "your"). It is the Firm's understanding that subject to and in accordance with the Firm's "Standard Terms of Engagement for Legal Services," the Firm is to represent you, individually, in connection with your filing of a Chapter 7 Bankruptcy case in the United States Bankruptcy Court, Northern District of Illinois, Eastern Division.

    1.    <u>Services to be Rendered.</u> Our services will include consultation concerning bankruptcy and creditor's rights, preparation of all pleadings necessary to commence the case; and with your assistance, the preparation of both the Bankruptcy Schedules and Statement of Financial Affairs; attendance at the initial session of the Section 341 Meeting of Creditors and the initial session of a discharge hearing (if required), and routine hearings for reaffirmation and lien avoidance.

    2.    <u>Exclusion from Services.</u> Our services will not include any other matters which may arise in the case, including for example, but not limited to, representing you in connection with: I) objections to exemptions, ii) objections to discharge, iii) complaints to determine dischargeability of debts, iv) United States Trustee's office compliance inquiries and enforcement proceedings, v) Rule 2004

252572_1:12-1156

Artech Diversified, Inc.
Page 2
July 13, 2012

Examinations, vi) proceedings or actions to obtain documents or information from creditors or third parties by either voluntary request or compulsory process, viii) any matters requiring legal expertise in non-bankruptcy law practice areas, ix) adversary proceedings, if any, or x) judicial or non-judicial proceedings in a venue other than the bankruptcy court. Our representation in any matters arising and not covered by this engagement agreement will be subject to a separate engagement agreement. Unless we enter into a separate engagement agreement in writing, it is expressly understood that this engagement agreement does not obligate the Firm in any way to represent you in any other matters other than described in paragraph number one above.

3.   <u>The Attorney's Fees.</u>  The Firm has agreed to represent you for a reasonable fee based upon the experience of the attorneys and paralegals handling the matter and calculated upon the attorneys' and paralegal's hourly time involved in handling the matter. At the present time, my hourly rate is $395.00. The hourly rate for David J. Schwab is $375.00. The hourly rate for Carey J. Schiever is $335.00. The hourly rate for Michael L. Ralph, Jr. is $295.00. The hourly rate of associates of the firm is $250.00 per hour, and the current rate for paralegal's time is $150.00 per hour. We will inform you on our billing invoices of any change in the hourly rate of any personnel assisting with your representation.

Before proceeding further on your behalf, we would ask that you pay this firm an Advance Payment Retainer in the amount of $3,500.00 plus the sum of $306.00 for the filing fee for the above-referenced services. Both *Dowling v. Chicago Options Associates, Inc. et al.,* 226 Ill.3d 277, 875 N.E.2s 1012 (2007), and the revised Illinois Rules of Professional Conduct of 2010 provide that an agreement for an Advance Payment Retainer shall be in writing signed by the client that uses the term "Advance Payment Retainer" to describe the retainer, and states the following:

(1)   the special purpose for the Advance Payment Retainer and an explanation why it is advantageous to the client;

(2)   that the Advance Payment Retainer will not be held in a client trust account, that it will become the property of the lawyer upon payment, and that it will be deposited in the lawyer's general account;

(3)   the manner in which the Advance Payment Retainer will be applied for services rendered and expenses incurred;

(4)   that any portion of the Advance Payment Retainer that is not earned or required for expenses will be refunded to the client; and

(5)   that the client has the option to employ a security retainer, provided, however, that if the lawyer is unwilling to represent the client without

2

252572_1:12-1156

Artech Diversified, Inc.
Page 3
July 13, 2012

receiving an Advance Payment Retainer, the agreement must so state and provide the lawyer's reasons for that condition.

An Advance Payment Retainer is treated as income upon receipt by our firm, deposited into our firm's operating account, and is not held in our firm's client trust account. An Advance Payment Retainer is not considered our clients' property. Accordingly, an Advance Payment Retainer is protected against claims of our clients' creditors. This feature of an Advance Payment Retainer constitutes a special purpose for its use in your case, and for this reason it is advantageous to you.

Alternatively, a Security Retainer is deposited into our firm's client trust account, and is not treated as income or property of our firm until the funds are applied toward outstanding invoices. The funds paid to a lawyer pursuant to a Security Retainer are not present payment for future services. This means that a Security Retainer is considered our clients' property, and is not protected from our clients' creditors.

For the reasons stated above, our firm is only willing to represent you on an Advance Payment Retainer basis.

We will endeavor to send a bill to you on a monthly basis unless services performed during the prior month are minimal. Detailed time records will, of course, be available for your inspection. Any expenses incurred and disbursements made by us on your behalf will be payable by you in addition to our fees and will be billed with the fee invoices.

4.   Costs and Expenses.   It is understood that the above attorneys' fees do not include fees, costs and expenses for outside services and assistance such as: Chapter 7 filing fees (the filing fee is $306.00), deposition costs, reasonable charges for travel expenses, food and lodging outside of Chicago, Illinois, long distance telephone calls, photocopy expenses, appraisers, expert witnesses, investigators, associate counsel, accountants, and financial analysts. If any such fees, costs or expenses are to be incurred, and to the extent possible under the circumstances it will be by prior agreement with you. You shall be responsible for payment for all such amounts. These costs and expenses will be billed with the fee invoices.

5.   Payment of Credit Report for Bankruptcy Due Diligence.   Our firm may elect to obtain a credit report in order to ensure bankruptcy due diligence when preparing your bankruptcy schedules. In doing so, you will be asked to review and complete a Consumer Authorization and Release form which authorizes our firm to obtain consumer report/credit information from First American Credco, a service that combines the reporting efforts of Expirian, TransUnion and Equifax credit reporting bureaus. Credit reports will be obtained in an effort to ensure that all creditors and collection agencies are aware of your

3

Artech Diversified, Inc.
Page 4
July 13, 2012

bankruptcy, and ultimately, to provide you with assurance that such debts will
discharged. It is your responsibility to review and verify the accuracy of any
debts appearing on your credit report. Additionally, if any debt appears on the
credit report that you have an interest in reaffirming, we may attempt to obtain a
reaffirmation agreement from such creditor on your behalf.

You will be responsible for the fees required to obtain the credit report.
Individual debtor credit reports are $28.00. Joint debtor credit reports are
$48.00.

6.   Payment of Fees and Cost. In the event our arrangement is based
upon hourly billing, on a periodic basis, the Firm will submit to you itemized
statements of services rendered setting forth the date, description of such
service, time spent in rendering such service, name of attorney, legal assistant,
or other staff member rendering such service, and the hourly rate therefore,
together with an itemization of all expenses incurred or paid. All of such charges
shall be credited against the retainer fee paid. All fees and expenses shall first
be charged against our retainer. In the event our total fees and expenses are
less than our retainer, we will refund the difference to you, without interest. In the
event there are insufficient funds remaining in the retainer, you shall pay the Firm
all such fees, costs and expenses upon submission by the Firm of its monthly
billing statement. All payments of fees and costs that are billed are due and
payable within thirty (30) days after the billing date. The Firm also reserves the
right to request an additional retainer. Timely payment of the fees costs and
expenses are your personal obligation.

7.   Amendments to Schedules. Creditors who are not listed in the
Bankruptcy Schedules may not be discharged in the bankruptcy case. It is your
duty to provide a complete and accurate listing of all creditors. The Firm will rely
upon this list and cannot conduct an independent investigation of the names and
addresses of your creditors. A debtor has the right to amend his or her
Bankruptcy Schedules at any time up to the discharge of a debtor. The Firm will
prepare any amendments to the Bankruptcy Schedules (i.e. to add creditors, to
add or change values of property, to change exemptions on property, etc.) at an
additional hourly charge per professional rendering such service together with
any filing fee required for the amendment.

8.   Bankruptcy Case. When the bankruptcy petition is filed, an
automatic stay will take effect which prohibits most creditors from taking any
action to collect their claims or enforce their liens outside of the bankruptcy court
without obtaining leave from the bankruptcy court to do so. For example, most
creditors are not allowed to file suit against you, nor foreclose upon or repossess
any of your property without obtaining leave from the bankruptcy court to do so.
It is essential, of course, that our office be told of any threatened lawsuits,
foreclosures, or repossessions, as well as all pending lawsuits, foreclosures or

4

252572_1:12-1156

Artech Diversified, Inc.
Page 5
July 13, 2012

repossessions or other actions so that we can make sure that the creditors and
their attorneys are notified.

It is your desire to obtain the most complete debt discharge which can be
obtained under the facts of your case and applicable law. We have advised you
that some debts are not capable of discharge, and we discussed the general
nature of the non-dischargeable debts which arise most frequently. We cannot
state whether your debts will be discharged. In addition, some of your property
may be subject to a lien or security interest. It will be necessary to pay these
debts in order to retain such property, unless the lien or security interest can be
avoided, in part or whole. Consistent with our engagement, we will advise you
with respect to reaffirmation agreements and avoidance issues.

9.     Miscellaneous. This engagement agreement, including our
attached "Standard Terms of Engagement for Legal Services", is the sole and
exclusive agreement covering the Firm's representation. Any modification of this
engagement agreement must be in writing, signed by you and an authorized
attorney of the Firm.

It is understood that we do not guarantee the accomplishment of any
result, but agree to give our best efforts on your behalf.

As the matter of our representation included in this engagement
agreement involves bankruptcy, this engagement agreement is subject to
modification and/or review by the bankruptcy court.

In the event of any litigation concerning this engagement agreement, the
prevailing party shall be entitled to attorneys' fees as a part of its damages.

10.    Agreement to Terms and Conditions. We trust that this
engagement agreement is not unduly complicated. From our experience, legal
matters are complicated by nature. The purpose of this engagement agreement
is to set forth the essential terms and conditions of our engagement in writing, so
that both parties have a full understanding. If any of the above is not clear,
please advise.

The Firm looks forward to working with you in the future. If this letter
represents your understanding of the attorneys' fee and cost arrangements,
please sign a copy of this engagement agreement and return it to our office. Our
representation of you does not begin until this engagement agreement is signed
by you and the agreed retainer paid to the Firm in collected funds.

5

252572_1:12-1156

Artech Diversified, Inc.
Page 6
July 13, 2012

The undersigned clients acknowledge that they have read the above engagement agreement, fully understand its contents, and agree to its terms and conditions.

Very truly yours,

RALPH, SCHWAB & SCHIEVER, CHTD.

Michael L. Ralph, Sr.

MLR/jmt

Enclosure:    Standard Terms of Engagement for Legal Services

**The undersigned, Mark Shabadash, individually and on behalf of Artech Diversified, Inc., hereby acknowledges and agree to the terms of the retainer letter to which this acknowledgment is attached, including the Standard Terms of Engagement For Legal Services which are attached hereto and made a part hereof.**

**ARTECH DIVERSIFIED, INC.**                **MARK SHABADASH, INDIVIDUALLY**

By: _____                By: _____
Mark Shabadash,                                      Mark Shabadash

Its: _Presiredt_____

Dated: _7-18-12_____                Dated: _7-18-12_____

6

Artech Diversified, Inc.
Page 7
July 13, 2012

## STANDARD TERMS OF ENGAGEMENT FOR LEGAL SERVICES

1.  <u>Scope and Assignment of Duties</u>. The scope of our duties will encompass the matters referred to in the accompanying engagement letter and any future matters for which we may be engaged. We will endeavor to assign those lawyers and staff personnel needed to perform the services you desire on an effective and cost efficient basis.

2.  <u>Charges</u>. We will charge for services based upon an hourly basis for services rendered and the reasonable value of those services. Other factors impact the amount of hourly time spent providing such services including the time limitations imposed by you or the circumstances, the novelty and difficulty of the questions, the amount involved, and other similar considerations. At the present time our hourly rates for attorneys range from $395.00 to $225.00 and are subject to change from time to time. Where appropriate, we will attempt to use paralegal services which are billed at substantially lower rates than those of attorneys. We will expect reimbursement for out of pocket costs on your behalf, including but not limited to delivery charges, copying or producing documents, filing fees, deposition and transcription costs, witness fees, travel expenses, secretarial overtime and the like. These costs will be itemized on your invoices.

3.  <u>Standard Billing and Payment Procedures</u>. We normally bill on a monthly basis unless the services performed during the prior month are minimal in amount or other circumstances dictate a different periodic billing. Payment for attorneys' fees and out of pocket disbursements is due within thirty (30) days after receipt of our bill. We reserve the right to charge interest on accounts which are past due at the rate of nine percent (9%) per annum.

If you have paid a retainer, it will be applied as a credit against our first billings.

4.  <u>Withdrawal and Termination.</u> You may terminate our engagement for any reason whatsoever upon written notice to us. Upon termination and upon payment of our fees, we will deliver to you such papers and property as you request, but we will retain our own files. You will be expected to pay the costs of copying and of delivery. Termination of our services will not affect your responsibility to pay for legal services rendered and all out of pocket disbursements up to the date of termination.

We may terminate our engagement for any of the reasons permitted under the "Illinois Rules of Professional Conduct" including, without limitation, your failure to disclose material facts or misrepresentations by you, or any other conduct or situation which, in our judgment, impairs an effective attorney client relationship or conflicts with our professional responsibilities or your failure to pay our charges.

7

Artech Diversified, Inc.
Page 8
July 13, 2012

5.   Review of Statements.  To minimize the likelihood of errors or misunderstandings, you agree you will review each statement promptly and advise us of any questions or disagreements you may have regarding it.  Absent such advice within thirty (30) days after the rendering of the statement, it is understood and agreed that you will be deemed to have reviewed the bill and accepted it as correct.

6.   Collection Procedures and Dispute Resolution.  In the event of non-payment, it is our custom to seek alternative dispute resolution via either mediation or arbitration.  If such efforts do not resolve the non-payment issues satisfactorily, it is our custom to refer the matter to other attorneys for collection.  If we do so or if we institute proceedings ourselves, or if you do so or initiate proceedings yourself, the party who prevails in such proceedings shall be entitled to recover costs, expenses, and reasonable attorneys fees.

7.   Enforceability.  If any provision of the accompanying letter or these Standard Terms of Engagement for Legal Services is deemed invalid, illegal or unenforceable, it shall not affect any of the remaining provisions thereof.

8.   Document Retention.  Wherever possible, we ask that you provide us with legible copies of documents, and retain all original documents in your own files.  We will, if necessary, specifically request original documents, but in all other instances, legible copies will suffice.  We will notify you when we are closing your file and sending it to our off-site storage facility.  It is your responsibility to ensure that you obtain all documents that you want from your file prior to the documents being sent to our off-site storage facility.  After your file is transferred to an off-site storage facility, it will be maintained for a period of up to five (5) years.  During that time, the file may be retrieved, at your cost, to obtain materials contained in that file.  At the expiration of five (5) years after your file has been closed, your file, and all of its contents, will be destroyed, and the documents in that file will no longer be available to you or us.

9.   Questions.  Whenever you have any questions or comments regarding our services or the status of your matters, please do not hesitate to contact the attorney with whom you are working.  We encourage your comments, questions or suggestions, all of which enable us to serve you more efficiently and to enhance our working relationship.

10.   Your Consent.  Your signature to the accompanying letter will indicate your understanding and agreement to the terms set forth above.

252572_1:12-1156

# United States Bankruptcy Court
## Northern District of Illinois

In re    Artech Diversified, Inc.                                    Case No.
                              Debtor(s)          Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    35

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    August 29, 2012                      /s/ Mark Shabadash
                                              Mark Shabadash/President
                                              Signer/Title

.

Adriana Cervantes
c/o Christopher J. Williams
77 W. Washington, Suite 1400
Chicago, IL 60602


Allen Sander
4021 Sterling Ave.
Kansas City, MO 64133


Angel Becerril
c/o Christopher J. Williams
77 W. Washington, Suite 1400
Chicago, IL 60602


Bank of America
c/o Lowis & Gellen LLP
200 W. Adams St., Suite 1900
Chicago, IL 60606


Bank of America
P.O. Box 45144
FL9-100-04-24 Bldg. 100, 4th Floor
Jacksonville, FL 32232-9923


Berkley Net
c/o Lamont, Hanley & Assoc., Inc.
P.O. Box 179
Manchester, NH 03105-0179


Burhop Box & Packaging
c/o Silver & Associates, Ltd.
4159 W. Fullerton Ave., Suite 100
Chicago, IL 60639


Caren A. Lederer, Esq.
Golan & Christie LLP
70 West Madison, Suite 1500
Chicago, IL 60602


Com Ed
P.O. Box 6111
Carol Stream, IL 60197-6111

Enriqueta Oropeza
c/o Christopher J. Williams
77 W. Washington, Suite 1400
Chicago, IL 60602


Great Lakes Staffing, Inc.
600 S. Weber Rd.
Romeoville, IL 60490


Huver Alvarez
c/o Christopher J. Williams
77 W. Washington, Suite 1400
Chicago, IL 60602


Illinois Department of Revenue (p)
Bankrupcty Section/Level 7-425
100 West Randolph St.
Chicago, IL 60606


Illinois Dept. of Empl. Sec. (p)
Bankruptcy Unit
3rd Fl., 401 S. State St.
Chicago, IL 60605


Internal Revenue Service (p)
P.O. Box 7346
Philadelphia, PA 19101-7346


John M. Daley & Assoc., LLC
2340 River Road, Suite 310
Des Plaines, IL 60018


Juana Cuellar
c/o Christopher J. Williams
77 W. Washington, Suite 1400
Chicago, IL 60602


Just Energy
c/o Credit Management Control
P.O. Box 1654
Green Bay, WI 54305-1654


Lowis & Gellen LLP
200 W. Adams, Suite 1900
Chicago, IL 60606

Luis Garcia
c/o Christopher J. Williams
77 W. Washington, Suite 1400
Chicago, IL 60602


Mark Shabadash
3535 Patton Road, Unit 2A
Highland Park, IL 60035


Michelle Romos
c/o Christopher J. Williams
77 W. Washington, Suite 1400
Chicago, IL 60602


Miguel Silva aka Jesus Rodriguez
c/o Christopher J. Williams
77 W. Washington, Suite 1400
Chicago, IL 60602


Norma Baizabal
c/o Christopher J. Williams
77 W. Washington, Suite 1400
Chicago, IL 60602


Omni Financial
380 Interlocken Crescent
Suite 800
Broomfield, CO 80021


Pablo Cruz Silva
c/o Christopher J. Williams
77 W. Washington, Suite 1400
Chicago, IL 60602


Peacock Colors, Inc.
Attn: Gregory Cherry
1000 National Ave.
Addison, IL 60101


Progress Container Corp.
c/o Stein & Rotman
105 W. Madison St., Suite 600
Chicago, IL 60602

Raul Delgado
c/o Christopher J. Williams
77 W. Washington, Suite 1400
Chicago, IL 60602


Ronald A. Stearney
211 W. Wacker, Suite 500
Chicago, IL 60606


Ronald A. Stearney, Jr.
211 W. Wacker, Suite 500
Chicago, IL 60606


Rosendo Antonio
c/o Christopher J. Williams
77 W. Washington, Suite 1400
Chicago, IL 60602


Skyline Sales, Inc.
150 Houston St.
Batavia, IL 60510


The Hartford
8711 University East Dr.
Charlotte, NC 28213


Workers' Law Office, PC
c/o Christopher J. Williams
77 W. Washington, Suite 1400
Chicago, IL 60602

# United States Bankruptcy Court
## Northern District of Illinois

In re   Artech Diversified, Inc.

Debtor(s)

Case No.

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Artech Diversified, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

August 29, 2012

Date

/s/ Michael L. Ralph

Michael L. Ralph 2279304

Signature of Attorney or Litigant
Counsel for   Artech Diversified, Inc.

Ralph, Schwab & Schiever, Chartered

175 East Hawthorn Parkway
Suite 345
Vernon Hills, IL 60061
847-367-9699 Fax:847-367-9621